**Affirmed and Memorandum Opinion filed March 14, 2024.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-22-00697-CR

---

### JORDAN O'NEAL VANDYKE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

### On Appeal from the 149th District Court
### Brazoria County, Texas
### Trial Court Cause No. 92018-CR

---

### MEMORANDUM OPINION

Appellant appeals the adjudication of his guilt for the third-degree felony offense of Assault Family Member Impeding Breath and the second-degree felony offense of Assault Peace Officer. *See* Tex. Penal Code Ann. § 22.01(b)(2)(B) and Tex. Penal Code Ann. § 22.01(b-2). Appellant's appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. The brief meets the requirement of *Anders v. California*, 386 U.S. 738 (1967), presenting a professional evaluation of the record and demonstrating why there are no arguable

grounds to be advanced on appeal. *See High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978).

A copy of counsel's brief was delivered to appellant. Appellant was advised of the right to examine the appellate record and file a pro se response. *See Stafford v. State*, 813 S.W.2d 503, 512 (Tex. Crim. App. 1991). At appellant's request, the record was provided to him. Appellant did not file a pro se response to counsel's brief.

We have carefully reviewed the record, counsel's brief, and appellant's response, and agree the appeal is wholly frivolous and without merit. Further, we find no reversible error in the record. A discussion of the brief would add nothing to the jurisprudence of the state. We are not to address the merits of each claim raised in an *Anders* brief or a pro se response when we have determined there are no arguable grounds for review. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

Accordingly, the judgment of the trial court is affirmed.

PER CURIAM

Panel Consists of Justices Wise, Zimmerer, and Poissant.

Do Not Publish — Tex. R. App. P. 47.2(b).